UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20521-CV-WILLIAMS

BARBARA ROMAY DIAZ,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 17) ("***Report***") on Plaintiff's Motion for Summary Judgment (DE 12) and Defendant's Motion for Summary Judgment (DE 16).  In the Report, Magistrate Judge Reid recommends that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment.  (DE 17 at 1.) Specifically, the Report finds that there is substantial evidentiary support for Administrative Law Judge Clara H. Aranda's determination that Advanced Registered Nurse Practitioner Katheryn Fernandez-Paul's medical opinion was inconsistent and not supported by the record. (*Id.* at 10–14.) Additionally, the Report finds that Administrative Law Judge Aranda properly addressed each of the broad functional areas of mental functioning from the disability regulations for evaluating mental disorders, concluding that Plaintiff's mental impairments did not limit Plaintiff's residual functional capacity. (*Id.* at 14–17.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 17) is **AFFIRMED AND ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (DE 12) is **DENIED**;

3. Defendant's Motion for Summary Judgment (DE 16) is **GRANTED**; and

4. Judgment in favor of Defendant will be entered by way of a separate Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>6th</u> day of March, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE